AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Adrian Priester,
*Plaintiff,*
v.
City of West Columbia, James Boyce and Brandon Field,
*Defendants.*

Civil Action No.    3:12-cv-3563-JFA

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  upon the parties filing an offer of judgment and notice of acceptance thereof, pursuant to Rule 68 of the Federal Rules of Civil Procedure, judgment is entered in favor of Plaintiff Adrian Priester in the amount of Four Thousand One and no/100 ($4,001.00) Dollars, together with reasonable attorney's fees and costs incurred through September 11, 2013, against Defendants City of West Columbia, James Boyce, and Brandon Field.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ on the record before the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding.  The Plaintiff Adrian Priester accepted an offer of judgment from Defendants City of West Columbia, James Boyce, and Brandon Field.

Date:   September 12, 2013                                              *CLERK OF COURT*

                                                                                                s/Brian D. Shropshire
                                                                                      *Signature of Clerk or Deputy Clerk*